JEFF STONE (SBN 155190)
jstone@stonegraves.com
GLORIA OATES (SBN 119222)
STONE GRAVES DUTRA & OATES, LLP
11335 Gold Express Drive, Suite 145
Gold River, CA 95670
Telephone: (916) 231-0321
Facsimile: (916) 231-0335

Attorneys for Defendants
JAMES DUSA (in limited capacities), RYAN DUSA (in limited capacities), D&M DEVELOPMENT, INC and NICHOLAS MICHELI

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN BALKOWITSCH and NANCY BALKOWITSCH, TRUSTEES OF THE JOHN R. BALKOWITSCH, III AND NANCY BOYESEN BALKOWITSCH 2004 REVOCABLE INTER VIVOS TRUST; MADHU SHARMA; SEEMA SHARMA; and J. DOUGLAS MEADOR and LUANN MEADOR, TRUSTEES OF THE MEADOR TRUST DATED OCTOBER 8, 1999,<br><br>Plaintiffs,<br><br>v.<br><br>D&M DEVELOPMENT, INC.; JAMES DUSA; RYAN DUSA; NICHOLAS MICHELI; NORCAL GOLD, INC., dba RE/MAXGOLD; and DOES 1 to 100, inclusive,<br>Defendants. | CASE NO.  2:15-cv-00196 JAM EFB<br><br>**STIPULATION AND ORDER RE: DISMISSAL WITHOUT PREJUDICE ONLY OF DEFENDANT MICHELI REGARDING THE FIRST, FIFTH AND SEVENTH CAUSES OF ACTION** |

1
STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE ONLY OF DEFENDANT MICHELI REGARDING THE FIRST, FIFTH AND SEVENTH CAUSES OF ACTION ONLY

Case No. 2:15-cv-00196 JAM EFB

COME NOW, the parties in the above-referenced action, Plaintiffs JOHN BALKOWITSCH and NANCY BALKOWITSCH, TRUSTEES OF THE JOHN R. BALKOWITSCH, III AND NANCY BOYESEN BALKOWITSCH 2004 REVOCABLE INTER VIVOS TRUST; MADHU SHARMA; SEEMA SHARMA; and J. DOUGLAS MEADOR and LUANN MEADOR, TRUSTEES OF THE MEADOR TRUST DATED OCTOBER 8, 1999, by and through their attorney of record GOODMAN & ASSOCIATES, Defendants JAMES DUSA (in limited capacities), RYAN DUSA (in limited capacities), D&M DEVELOPMENT, INC and NICHOLAS MICHELI, by and through their attorney of record STONE GRAVES DUTRA & OATES, and Defendants NORCAL GOLD, INC., dba RE/MAX GOLD, RYAN DUSA (limited scope) and JAMES DUSA (limited scope) by and through their attorney of record SHANNON B. LAW GROUP, hereby stipulate as follows:

IT IS HEREBY STIPULATED that the Court enter a dismissal of the instant action without prejudice only as to Defendant NICHOLAS MICHELI regarding the first, fifth and seventh causes of action, with the parties to bear their own respective attorneys' fees and costs.

Dated:  March 20, 2015        STONE GRAVES DUTRA & OATES, LLP


                              /S/ JEFF STONE
                              JEFF STONE
                              JAMES DUSA (in limited capacities), RYAN
                              DUSA (in limited capacities), D&M
                              DEVELOPMENT, INC and NICHOLAS
                              MICHELI

Dated:  March 20, 2015        SHANNON B. LAW GROUP


                              /S/ KENDRA PAPPAS
                              KENDRA PAPPAS
                              Attorneys for Defendants NORCAL GOLD, INC., dba
                              RE/MAX GOLD, RYAN DUSA (limited scope) and
                              JAMES DUSA (limited scope)

1 | Dated: March 20, 2015                    GOODMAN & ASSOCIATES

*/S/ VIRGINIA CALE*
VIRGINIA CALE
Attorneys for Plaintiffs

## **ORDER**

The Court, having reviewed the above stipulation, HEREBY ORDERS dismissal without prejudice of the instant action only as to Defendant NICHOLAS MICHELI regarding the first, fifth and seventh causes of action.

IT IS SO ORDERED

Dated: 3/20/2015                    /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT
EASTERN DIVISION